# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00340-REB-09

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. ADRIAN SISNEROS,

    Defendant.

## MINUTE ORDER[1]

    On **January 19, 2010**, commencing at 1:30 p.m., the court shall conduct an evidentiary hearing on the following motions:

- Defendant's **Motion To Suppress Statements** [#345] filed March 24, 2009; and

- Defendant's **Motion To Suppress** [#553] filed July 31, 2009.

The court reserves the remainder of day for this hearing.

    Date: November 4, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.