**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.  ADRIAN SISNEROS,

    Defendant.

## SCHEDULING ORDER RE: SUBMISSION OF CLOSING ARGUMENT

**Blackburn, J.**

On January 19, 2010, I conducted an evidentiary hearing during which the parties presented evidence relevant to the issues raised by and inherent to the defendant's **Motion To Suppress Statements** [#345][1] filed March 24, 2009, and the defendant's **Motion To Suppress** [#553][2] filed July 31, 2009. At the conclusion of the evidentiary hearing, I fashioned a schedule for the submission of sequential written closing arguments by the parties. This order is entered to confirm and supplement the scheduling orders entered from the bench.

**THEREFORE, IT IS ORDERED** as follows:

1. That by January 29, 2010, the Government's opening brief on the issues raised by and inherent to the Defendant's Motion to Suppress Statements [#345] shall

---

[1] For which the government has the burden of persuasion.

[2] For which the defendant has the burden of persuasion.

be filed;

      2. That by February 8, 2010, the Defendant's response to the Government's opening brief and the Defendant's brief on the issues raised by and inherent to his Motion to Suppress [#553] shall be filed;

      3. That by February 18, 2010, the Government's reply, if any, to the Defendant's response to the Government's opening brief concerning the Motion to Suppress Statements and the Government's response to the Defendant's opening brief concerning the Motion to Suppress shall be filed;

      4. That by March 1, 2010, the Defendant's reply, if any, to the Government's response to the Defendant's opening brief concerning the Motion to Suppress [#553] shall be filed; and

      5. That the hearing on the defendant's pending motions to suppress is continued pending further order.

      Done in chambers January 21, 2010, to confirm and supplement the orders entered in open court on January 19, 2010.

      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge