**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-09

UNITED STATES OF AMERICA,

      Plaintiff,

v.

9.  ADRIAN SISNEROS,

      Defendant.

---

**MINUTE ORDER**[1]

---

On **March 15, 2010**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set defendant's motions to suppress [#345 & 553] for a 45 minute hearing at which time the court will receive oral argument on the issues raised by and inherent to the motions. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  March 8, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.