**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-09

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. ADRIAN SISNEROS,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court *sua sponte*. The hearing on defendant Sisneros' motions to suppress, previously set for April 8, 2010, is **VACATED** and is continued pending further order of court. The court shall conduct a telephonic setting conference on **April 12, 2010**, at 10:30 a.m., to reset oral argument. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 7, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.