**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-09

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. ADRIAN SISNEROS,

    Defendant.

**FINAL ORDER OF FORFEITURE AND JUDGMENT**

**Blackburn, J.**

    The matter is before the court on the **United States Motion For Final Order of Forfeiture** [#1186][1] filed October 21, 2011.  The court having reviewed the motion FINDS:

    1.  That the United States commenced this action pursuant to 21 U.S.C. § 853;

    2.  That a Preliminary Order of Forfeiture was entered on March 31, 2011;

    3.  That all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

    4.  That the time for any third party to file a claim has expired; and

    5.  That it further appears there is good cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

---

[1] "[#1186]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED** as follows:

1. That the **United States Motion For Final Order of Forfeiture** [#1186] filed October 21, 2011, is granted;

2. That pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2, a judgment of forfeiture free from the claims of any other party shall enter in favor of the United States concerning $14,000.00 in United States Currency; and

3. That the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated October 24, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge